UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES C. SMALL, in individual and representative capacity as trustee; BHUPEN MAGAN; SAROJ MAGAN; RANJAN S. PATEL; SURENDRA PATEL; and Does 1-10 ,<br><br>    Defendants, | Case No.: 3:19-CV-00548-WHO<br><br>**ORDER DISMISSING CASE** |

**ORDER**

The Court has been notified that this matter has settled. All currently set dates are vacated and this action is DISMISSED. If any party certifies within 60 days that the matter has not in fact settled, the case will be returned to the active calendar. Absent a further filing within 60 days, the matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 19, 2019

HONORABLE WILLIAM H. ORRICK
US DISTRICT COURT JUDGE